Brewster v. Denison.

### BREWSTER v. DENISON.

In an action of ejectment by a purchaser under an administrator against an heir, he cannot object, that the debts allowed by the Court of Probate were unjust.

ACTION of ejectment for 122 acres of land. Issue to the jury.

The plaintiff's title was a deed from the administrator of Col. Gardner, dated the 10th of June A. D. 1788, given pursuant to an order from the Court of Probate.

The defendant set up title under a deed from said Col. Gardner to his son Frederick Gardner, dated the 8th of November 1780, which the plaintiff attempted to avoid on the ground of its being fraudulent. The defendant attacked the plaintiff's deed, and offered to prove that the debts allowed against said Col. Gardner's estate were unjust and fraudulent. But,

By the COURT. Not admitted; the plaintiff is a purchaser without notice under an order from the Court of Probate. Frederick Gardner, under whom the defendant claims, is son and heir to said Col. Gardner; and if the debts allowed against said estate, were unjust he ought to have taken his remedy by an appeal to the Superior Court.